AO 442 (Rev. 01/09) Arrest Warrant

UNDER SEAL

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| YUSUF ABDIRIZAK WEHELIE | )  Case No. 1:16-MJ-302 |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    YUSUF ABDIRIZAK WEHELIE                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☑ Complaint
❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:
Possession of Firearms by a Convicted Felon; 18 U.S.C. §922(g)

Date: July 7, 2016

/s/
John F. Anderson
United States Magistrate Judge

City and state:    Alexandria, VA

*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)*  7/7/16 , and the person was arrested on *(date)*  7/7/16<br>at *(city and state)*  Arlington, Virginia . |
| Date:  7/8/16 |

*Arresting officer's signature*

Richard Gaylord / Special Agent
*Printed name and title*

FILED JUL - 8 2016 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

2016 JUL - 7 PM 1:48 EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

RECEIVED UNITED STATES MARSHAL