IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 1:16-CR-162 |
| v. | ) |
| | ) Count 1: 18 U.S.C. § 922(g) |
| YUSUF ABDIRIZAK WEHELIE, | )         Felon in Possession of Firearms |
| | ) |
| Defendant. | ) |
| | ) |

## INDICTMENT

July 2016 Term -- At Alexandria

THE GRAND JURY CHARGES THAT:

## COUNT 1

On or about February 18, 2016, in Fairfax County in the Eastern District of Virginia, and elsewhere, defendant YUSUF ABDIRIZAK WEHELIE, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: felonious statutory burglary in the Circuit Court of Fairfax County, Virginia, did knowingly and unlawfully possess in and affecting interstate commerce, firearms, to wit, four Cobray M-11, 9mm automatic pistols, such firearms having been previously shipped and transported in interstate and foreign commerce.

(All in violation of Title 18, United States Code, Section 922(g)(1)).

A TRUE BILL:

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

FOREPERSON OF THE GRAND JURY

Dana Boente
United States Attorney

By: /s/ John T. Gibbs

John T. Gibbs
Brandon Van Grack
Assistant United States Attorneys